Manning, Appellant, *v*. Andy.

Argued April 12, 1971. *Sanford S. Finder,* for appellant; *Samuel L. Rodgers,* with him *Rodgers and Roney,* for appellees.

Order affirmed.

Manski *v*. Manski, Appellant.

Argued April 15, 1971. *Gilbert E. Morcroft,* for appellant; *Carl M. Kerchner,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

Mazzari, Appellant, *v*. Matz et ux., Appellants.

Argued April 14, 1971. *Alvin D. Capozzi,* with him *Capozzi, Greenfield & Minsky,* for plaintiff, appellant; *John R. Luke,* for defendants, appellants.

Order affirmed.